**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARLES DANIEL MAYE,

    Petitioner,

v.                                  Case No: 8:10-cv-2327-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.

_____

**ORDER**

THIS CAUSE comes before the Court upon the Petitioner's Motion for Relief from Judgment (Dkt. #31) and Petitioner's Motion for Clarification and Leave to Conduct Discovery (Dkt. #36). Upon review and consideration, the Court determines that the issues raised are appropriate for direct appeal, not a § 2255 petition. Petitioner's actual innocence claim argues legal innocence which must be raised on direct appeal.

Accordingly, it is ORDERED AND ADJUDGED that:

1.    Petitioner's Motion for Relief from Judgment (Dkt. #31) is DENIED.

2.    Petitioner's Motion for Clarification and Leave to Conduct Discovery (Dkt. #36) is DENIED.

**CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL**
**IN FORMA PAUPERIS DENIED**

IT IS FURTHER ORDERED that Petitioner is not entitled to a certificate of appealability. A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a certificate of appealability (COA). Id. "A [COA] may issue...only

if the applicant has made a substantial showing of the denial of a constitutional right." Id. at § 2253(c)(2).  To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)).  Petitioner has not made the requisite showing in these circumstances.

Finally, because Petitioner is not entitled to a certificate of appealability, he is not entitled to appeal in forma pauperis.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2327 relief 31.docx